**Opinion filed July 10, 2026**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00205-CV
_____

## IN THE ESTATE OF TERRY LEE WARE, DECEASED

**On Appeal from the County Court**
**Eastland County, Texas**
**Trial Court Cause No. 23-067-CCPR-12394**

## M E M O R A N D U M   O P I N I O N

This appeal arises from the trial court's order granting Appellee, Nancy Ware, a family allowance from the Estate of Terry Lee Ware. The parties have filed a joint motion to dismiss this appeal. In the motion, the parties state that, as a result of mediation, they have "reached an agreement that resolved all claims and disputes at issue in this appeal, as well as those in the trial court." Accordingly, the parties request that we remand the case to the trial court to effectuate the agreement and tax costs against the party incurring same. TEX. R. APP. P. 42.1(a), (d).

We grant the parties' joint motion, remand the case to the trial court for the parties to effectuate their settlement agreement, and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).


JOHN M. BAILEY

CHIEF JUSTICE


July 10, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.